### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYNDALE HOUSE PUBLISHERS, INC., a Delaware Corporation; MARK D. TAYLOR; ) ) ) ) Plaintiffs, ) ) v. ) ) KATHLEEN SEBELIUS, in her official capacity as Secretary of the United States Department of Health and Human Services; HILDA SOLIS, in her official capacity as Secretary of the United States Department of Labor; TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF LABOR; and UNITED STATES DEPARTMENT OF THE TREASURY; ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) ) | Civil Action No. 1:12-CV-1635-RBW |

### ERRATA

The Office of the Clerk informed counsel for Plaintiffs that their Verified Complaint filed on October 2, 2012, should have included the Plaintiffs' address in the caption pursuant to LCvR 5.1(e)(1). (The address was included in paragraph 9 of the complaint, but not in the caption.) Moreover, the filing attorney's D.C. Bar number should have been included in the signature block. Therefore, although the Clerk of Court accepted Plaintiffs' complaint despite these omissions, counsel for Plaintiffs hereby files this errata to comply with LCvR 5.1(e)(1)'s requirement that counsel "provide the address information within 30 days upon filing."

The address for both Plaintiffs is:

351 Executive Drive
Carol Stream, Illinois 60188

Respectfully submitted this 3rd day of October, 2012.

*Attorneys for Plaintiffs*:

|  |  |
|---|---|
|  | _s/ Matthew S. Bowman_ |
| David A. Cortman, Esq. | Steven H. Aden, Esq. |
| ALLIANCE DEFENDING FREEDOM | Gregory S. Baylor, Esq. |
| 1000 Hurricane Shoals Road NE | Matthew S. Bowman, Esq. |
| Suite D-1100 | (D.C. Bar # 993261) |
| Lawrenceville, GA 30043 | ALLIANCE DEFENDING FREEDOM |
| (770) 339-0774 | 801 G Street NW, Suite 509 |
| (770) 339-6744 (facsimile) | Washington, DC 20001 |
| dcortman@alliancedefendingfreedom.org | (202) 393-8690 |
|  | (202) 237-3622 (facsimile) |
|  | saden@alliancedefendingfreedom.org |
| Kevin H. Theriot, Esq. | gbaylor@alliancedefendingfreedom.org |
| Erik W. Stanley, Esq. | mbowman@alliancedefendingfreedom.org |
| ALLIANCE DEFENDING FREEDOM |  |
| 15192 Rosewood |  |
| Leawood, KS 66224 |  |
| (913) 685-8000 |  |
| (913) 685-8001 (facsimile) |  |
| ktheriot@alliancedefendingfreedom.org |  |
| estanley@alliancedefendingfreedom.org |  |