# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 13-5018**  **September Term, 2012**

1:12-cv-01635-RBW

Filed On: May 3, 2013

Tyndale House Publishers, Inc. and Mark D. Taylor,

       Appellees

   v.

Kathleen Sebelius, in her official capacity as Secretary of the United States Department of Health and Human Services, et al.,

       Appellants

**BEFORE:** Henderson, Griffith, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motion for voluntary dismissal of interlocutory appeal, the response thereto, and the reply, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Timothy A. Ralls
Deputy Clerk

A true copy
United States Court of Appeals
for the District of Columbia Circuit
By T. Ralls    Deputy Clerk